# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EVAN CUFF, | : | |
|     Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| AMERICAN TIRE | : | |
| DISTRIBUTORS, INC., et al., | : | No. 2:20-cv-00784-RAL |
|     Defendants | : | |

## ORDER

AND NOW this 19th day of October, 2021, upon careful consideration of Defendants American Tire Distributors, Inc. and Kevin Sotak's motion for summary judgment (Doc. No. 35), Plaintiff Evan Cuff's memorandum in opposition (Doc. No. 38), and Defendants' reply (Doc. No. 40), it is ORDERED that:

1. Defendants' Motion for Summary Judgment is GRANTED, and Judgment is granted by separate Judgment, filed contemporaneously with this Order; and,
2. The Clerk of Court shall mark this file closed.

BY THE COURT:

*/s/ Richard A. Lloret*
**RICHARD A. LLORET**
**U.S. Magistrate Judge**