# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EVAN CUFF, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| AMERICAN TIRE DISTRIBUTORS, INC., et al., | : | No. 2:20-cv-00784-RAL |
| Defendants | : | |

## ORDER

AND NOW, upon careful consideration of Plaintiff Evan Cuff's motion for reconsideration of my grant of summary judgment in favor of Defendants (Doc. No. 44), it is on this 8th day of November, 2021,

## ORDERED

The Plaintiff's Motion for Reconsideration is DENIED.

BY THE COURT:

*/s/ Richard A. Lloret*
**RICHARD A. LLORET**
**U.S. Magistrate Judge**